# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | )<br>)<br>) Consolidated Under<br>) MDL Docket No. 875 |
| JANICE HAPPEL, Individually and as Executrix of the Estate of ERNEST HAPPEL, Deceased, | ) Civil Action No. 2:09-cv-70113-ER<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| ANCHOR PACKING CO., et al., Defendants, | )<br>)<br>) |
| Defendants. | ) (transferred from<br>) No. 1:09-cv-70113-JAP D (Del.) |

## NOTICE OF DEFENDANT CBS CORPORATION/WESTINGHOUSE'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that the within Motion for Summary Judgment of Defendant CBS Corporation/Westinghouse ("CBS/Westinghouse"), will be presented to the Court at a time and place convenient to the Court.

Respectfully submitted,

SWARTZ CAMPBELL LLC

BY: /s/ Beth E. Valocchi
Beth E. Valocchi, Esquire (ID 2294)
Jennifer A. Kapes, Esquire (ID 4419)
300 Delaware Avenue; Suite 1130
Wilmington, DE 19801
*Attorneys for Defendant*
*CBS Corporation*

Dated: August 30, 2010